Certificate Number: 14424-PAE-DE-034112897

Bankruptcy Case Number: 20-10046



14424-PAE-DE-034112897

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 19, 2020, at 2:48 o'clock PM EST, Lisa Prince completed a course on personal financial management given by internet by Financial Education Services, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   February 19, 2020              By:    /s/Mabelyn  Ramirez

                                       Name:  Mabelyn  Ramirez

                                       Title: Instructor