# Earnings Statement

**TJX | T·J·maxx**

Marmaxx Operating Corp
770 Cochituate Road
PO Box 9146
Framingham, MA 01701

Page 001 of 001
Period Beg/End: 09/29/2019 - 10/05/2019
Advice Date: 10/11/2019
Advice Number: 0378423742

Marital Status: Married
Exemptions/Allowances:
Federal: 00 $0.00
State: 06 $0.00
State Employed: PA
Resident State: PA

mc Daniels, Lisa H
5433 upland way
Philadelphia, PA 19131

For inquiries on this statement please call: 508-390-1000
Total Hours Worked: 42.35
Basis of Pay: Hourly

| Earnings | Rate | Hours | This Period | YTD |
|---|---|---|---|---|
| Gift Award Reported | | 0.00 | 0.00 | 157.83 |
| Holiday | | 0.00 | 0.00 | 590.38 |
| Pers Day | | 0.00 | 0.00 | 173.26 |
| Overtime | 25.50 | 2.35 | 59.93 | 536.46 |
| Sick Pay | | 0.00 | 0.00 | 755.02 |
| TJX Time Entry | 17.00 | 40.00 | 680.00 | 20638.31 |
| Vacation Pay | | 0.00 | 0.00 | 1366.41 |
| Gross Pay | | | 739.93 | 24217.92 |

| Tax Deductions | | | This Period | YTD |
|---|---|---|---|---|
| Federal Tax | | | 47.60 | 1350.60 |
| PA Unemployment | | | 0.44 | 14.53 |
| Philadelphia | | | 28.70 | 940.84 |
| Social Security | | | 43.52 | 1407.76 |
| Medicare | | | 10.17 | 329.23 |
| PA State Tax | | | 21.51 | 695.61 |
| Total Tax Deductions | | | 151.94 | 4738.57 |

| Imputed Income | | | This Period | YTD |
|---|---|---|---|---|
| Group Life | | | 1.39 | 48.17 |

| Additional Deductions | This Period | YTD |
|---|---|---|
| *A D and D | 0.03 | 1.23 |
| *Dental | 3.60 | 147.60 |
| *Medical | 32.65 | 1289.71 |
| *Opt Life | 2.02 | 79.96 |
| *Vision | 1.08 | 41.75 |
| *TJX 401K | 14.80 | 481.22 |
| 401K Loan | 0.00 | 124.20 |
| Dep Life Child | 0.11 | 4.51 |
| LTD | 2.94 | 116.04 |
| Gift Award Value | 0.00 | 100.00 |
| Total Deductions | 57.23 | 2386.22 |

| Net Pay | 530.76 | 17093.13 |
|---|---|---|

| Benefit Time | Balance | Use By |
|---|---|---|
| Vacation Hrs | 139.44 | 05-SEP-20 |
| Floating/Personal Hrs | 13.75 | 05-SEP-20 |
| Sick Hrs | 3.00 | |
| QTD Benefits Avg Hrs | 42.35 | |

*Excluded from taxable wages

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

**TJX | T·J·maxx** Marmaxx Operating Corp
770 Cochituate Road
PO Box 9146
Framingham, MA 01701

Advice Number: 0378423742

Advice Date: 10/11/2019

**Deposited to the account of**    Account Number    Transit ABA    Amount
mc Daniels, Lisa H    Checking    XXXXXXXX3961    031202084    $530.76

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

EMPLOYEE ID

## Earnings Statement

PCSHJ1
Div 108 Loc 0736 Cost Center 3121

**TJX | T-J-maxx**

Marmaxx Operating Corp
770 Cochituate Road
PO Box 9146
Framingham, MA 01701

|  |  |
|---|---|
| Period Beg/End: | 10/13/2019 - 10/19/2019 |
| Advice Date: | 10/25/2019 |
| Advice Number: | 0503343226 |

Page 001 of 001

Marital Status: Married
Exemptions/Allowances:
Federal:    00   $0.00
State:      06   $0.00
State Employed: PA
Resident State: PA

mc  Daniels, Lisa H
5433 upland way
Philadelphia, PA 19131

**For inquiries on this statement please call: 508-390-1000**
Total Hours Worked:   33.08
Basis of Pay:      Hourly

| | Rate | Hours | This Period | YTD |
|---|---|---|---|---|
| **Earnings** | | | | |
| Gift Award Reported | | 0.00 | 0.00 | 157.83 |
| Holiday | | 0.00 | 0.00 | 590.38 |
| Pers Day | | 0.00 | 0.00 | 173.26 |
| Overtime | | 0.00 | 0.00 | 536.46 |
| Sick Pay | | 0.00 | 0.00 | 755.27 |
| TJX Time Entry | 17.00 | 33.08 | 562.36 | 21878.97 |
| Vacation Pay | | 0.00 | 0.00 | 1366.41 |
| Gross Pay | | | 562.36 | 25458.58 |
| **Tax Deductions** | | | | |
| Federal Tax | | | 28.48 | 1419.43 |
| PA Unemployment | | | 0.34 | 15.28 |
| Philadelphia | | | 21.82 | 988.97 |
| Social Security | | | 32.51 | 1479.97 |
| Medicare | | | 7.60 | 346.12 |
| PA State Tax | | | 16.06 | 731.28 |
| Total Tax Deductions | | | 106.81 | 4981.05 |
| **Imputed Income** | | | | |
| Group Life | | | 1.39 | 50.95 |

| | This Period | YTD |
|---|---|---|
| **Additional Deductions** | | |
| *A D and D | 0.03 | 1.29 |
| *Dental | 3.60 | 154.80 |
| *Medical | 32.65 | 1355.01 |
| *Opt Life | 2.02 | 84.00 |
| *Vision | 1.08 | 43.91 |
| *TJX 401K | 11.25 | 506.04 |
| 401K Loan | 0.00 | 124.20 |
| Dep Life Child | 0.11 | 4.73 |
| LTD | 2.94 | 121.92 |
| Gift Award Value | 0.00 | 100.00 |
| Total Deductions | 53.68 | 2495.90 |
| Net Pay | 401.87 | 17981.63 |

| Benefit Time | Balance | Use By |
|---|---|---|
| Vacation Hrs | 139.44 | 05-SEP-20 |
| Floating/Personal Hrs | 13.75 | 05-SEP-20 |
| Sick Hrs | 5.00 | |
| QTD Benefits Avg Hrs | 38.44 | |

*Excluded from taxable wages

© 1998, 2006, ADP, LLC. All Rights Reserved.
© 2002 Automatic Data Processing (PCPA/MD)
TEAR HERE

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

**TJX | T-J-maxx**

Marmaxx Operating Corp
770 Cochituate Road
PO Box 9146
Framingham, MA 01701

|  |  |
|---|---|
| Advice Number: | 0503343226 |
| Advice Date: | 10/25/2019 |

| Deposited to the account of | | Account Number | Transit ABA | Amount |
|---|---|---|---|---|
| mc  Daniels, Lisa H | Checking | XXXXXXXX3961 | 031202084 | $401.87 |

VOID VOID VOID

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

CO    030625 030622
PCSHJ1
Div 108 Loc 0736 Cost Center 3121

EMPLOYEE ID

**TJX** | T·J·maxx    Marmaxx Operating Corp
770 Cochituate Road
PO Box 9146
Framingham, MA 01701

# Earnings Statement

Page 001 of 001
Period Beg/End:    10/20/2019 - 10/26/2019
Advice Date:    11/01/2019
Advice Number:    0564305230

Marital Status: Married
Exemptions/Allowances:
Federal:    00    $0.00
State:    06    $0.00
State Employed: PA
Resident State: PA

mc  Daniels, Lisa H
5433 upland way
Philadelphia, PA 19131

For inquiries on this statement please call: 508-390-1000
Total Hours Worked:    43.28
Basis of Pay:    Hourly

| | Rate | Hours | This Period | YTD |
|---|---|---|---|---|
| **Earnings** | | | | |
| Gift Award Reported | | 0.00 | 0.00 | 157.83 |
| Holiday | | 0.00 | 0.00 | 590.38 |
| Pers Day | | 0.00 | 0.00 | 173.26 |
| Overtime | 25.50 | 3.28 | 83.64 | 620.10 |
| Sick Pay | | 0.00 | 0.00 | 755.27 |
| TJX Time Entry | 17.00 | 40.00 | 680.00 | 22558.97 |
| Vacation Pay | 17.00 | 7.00 | 119.00 | 1485.41 |
| Gross Pay | | | 882.64 | 26341.22 |
| | | | | |
| **Tax Deductions** | | | | |
| Federal Tax | | | 64.38 | 1483.81 |
| PA Unemployment | | | 0.52 | 15.80 |
| Philadelphia | | | 34.22 | 1023.19 |
| Social Security | | | 52.37 | 1532.34 |
| Medicare | | | 12.25 | 358.37 |
| PA State Tax | | | 25.89 | 757.17 |
| Total Tax Deductions | | | 189.63 | 5170.68 |
| | | | | |
| **Imputed Income** | | | | |
| Group Life | | | 1.39 | 52.34 |

| | This Period | YTD |
|---|---|---|
| **Additional Deductions** | | |
| *A D and D | 0.03 | 1.32 |
| *Dental | 3.60 | 158.40 |
| *Medical | 32.65 | 1387.66 |
| *Opt Life | 2.02 | 86.02 |
| *Vision | 1.08 | 44.99 |
| *TJX 401K | 17.65 | 523.69 |
| 401K Loan | 0.00 | 124.20 |
| Dep Life Child | 0.11 | 4.84 |
| LTD | 2.94 | 124.86 |
| Gift Award Value | 0.00 | 100.00 |
| Total Deductions | 60.08 | 2555.98 |
| | | |
| Net Pay | 632.93 | 18614.56 |

| Benefit Time | Balance | Use By |
|---|---|---|
| Vacation Hrs | 132.44 | 05-SEP-20 |
| Floating/Personal Hrs | 13.75 | 05-SEP-20 |
| Sick Hrs | 6.00 | |
| QTD Benefits Avg Hrs | 41.40 | |

*Excluded from taxable wages

© 1998, 2006, ADP, LLC  All Rights Reserved.

▼ TEAR HERE

© 2002 Automatic Data Processing (PCSUV0)

VERIFY DOCUMENT AUTHENTICITY · COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

**TJX** | T·J·maxx    Marmaxx Operating Corp
770 Cochituate Road
PO Box 9146
Framingham, MA 01701

Advice Number:    0564305230
Advice Date:    11/01/2019

THIS IS NOT A CHECK

| Deposited to the account of | | Account Number | Transit/ABA | Amount |
|---|---|---|---|---|
| mc  Daniels, Lisa H | Checking | XXXXXXXX3961 | 031202084 | $632.93 |

**NON-NEGOTIABLE**

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK. ■ HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

PCSHJ1
Div 108 Loc 0736 Cost Center 3121

EMPLOYEE ID

**TJX** | TJ·maxx

Marmaxx Operating Corp
770 Cochituate Road
PO Box 9146
Framingham, MA 01701

## Earnings Statement

Page 001 of 001
Period Beg/End:    10/27/2019 - 11/02/2019
Advice Date:    11/08/2019
Advice Number:    0629088372

Marital Status: Married
Exemptions/Allowances:
Federal:    00    $0.00
State:    06    $0.00
State Employed: PA
Resident State: PA

mc  Daniels, Lisa H
5433 upland way
Philadelphia, PA 19131

For inquiries on this statement please call: 508-390-1000
Total Hours Worked:    0.00
Basis of Pay:    Hourly

| | Rate | Hours | This Period | YTD |
|---|---|---|---|---|
| **Earnings** | | | | |
| Gift Award Reported | | 0.00 | 0.00 | 157.83 |
| Holiday | | 0.00 | 0.00 | 590.38 |
| Pers Day | | 0.00 | 0.00 | 173.26 |
| Overtime | | 0.00 | 0.00 | 620.10 |
| Sick Pay | | 0.00 | 0.00 | 755.27 |
| TJX Time Entry | | 0.00 | 0.00 | 22558.97 |
| Vacation Pay | 17.00 | 35.00 | 595.00 | 2080.41 |
| Gross Pay | | | 595.00 | 26936.22 |

| **Tax Deductions** | | This Period | YTD |
|---|---|---|---|
| Federal Tax | | 31.68 | 1515.49 |
| PA Unemployment | | 0.36 | 16.16 |
| Philadelphia | | 23.09 | 1046.28 |
| Social Security | | 34.54 | 1566.88 |
| Medicare | | 8.08 | 366.45 |
| PA State Tax | | 17.06 | 774.23 |
| Total Tax Deductions | | 114.81 | 5285.49 |

**Imputed Income**

| | | This Period | YTD |
|---|---|---|---|
| Group Life | | 1.39 | 53.73 |

| | This Period | YTD |
|---|---|---|
| **Additional Deductions** | | |
| *A D and D | 0.03 | 1.35 |
| *Dental | 3.60 | 162.00 |
| *Medical | 32.65 | 1420.31 |
| *Dpt Life | 2.02 | 88.04 |
| *Vision | 1.08 | 46.07 |
| *TJX 401K | 11.90 | 535.59 |
| 401K Loan | 0.00 | 124.20 |
| Dep Life Child | 0.11 | 4.95 |
| LTD | 2.94 | 127.80 |
| Gift Award Value | 0.00 | 100.00 |
| Total Deductions | 54.33 | 2610.31 |
| Net Pay | 425.86 | 19040.42 |

| **Benefit Time** | Balance | Use By |
|---|---|---|
| Vacation Hrs | 97.44 | 05-SEP-20 |
| Floating/Personal Hrs | 13.75 | 05-SEP-20 |
| Sick Hrs | 6.00 | |
| QTD Benefits Avg Hrs | 40.12 | |

*Excluded from taxable wages

© 1998, 2006. ADP, LLC. All Rights Reserved.
TEAR HERE

© 2002 Automatic Data Processing (PCSU(VO))

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

**TJX** | TJ·maxx

Marmaxx Operating Corp
770 Cochituate Road
PO Box 9146
Framingham, MA 01701

Advice Number:    0629088372

Advice Date:    11/08/2019

THIS IS NOT A CHECK

| Deposited to the account of | | Account Number | Transit-ABA | Amount |
|---|---|---|---|---|
| mc  Daniels, Lisa H | Checking | XXXXXXXX3961 | 031202084 | $425.86 |

**NON-NEGOTIABLE**

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK.    HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

CO    033187-031091
PCSHJ1    EMPLOYEE00
88672664
Div 108 Loc 0736 Cost Center 3121

# Earnings Statement

Marmaxx Operating Corp
770 Cochituate Road
PO Box 9146
Framingham, MA 01701

Page 001 of 001
Period Beg/End:    11/24/2019 - 11/30/2019
Advice Date:    12/06/2019
Advice Number:    0878484413

Marital Status: Married
Exemptions/Allowances:
  Federal:    00    $0.00
  State:    06    $0.00
  State Employed: PA
  Resident State: PA

Prince, Lisa H
516 N. Simpson
Philadelphia, PA 19151

For inquiries on this statement please call: 508-390-1000
Total Hours Worked:    43.30
Basis of Pay:    Hourly

| | Rate | Hours | This Period | YTD |
|---|---|---|---|---|
| **Earnings** | | | | |
| Gift Award Reported | | 0.00 | 0.00 | 157.83 |
| Holiday | 17.00 | 7.00 | 119.00 | 709.38 |
| Pers Day | | 0.00 | 0.00 | 173.26 |
| Overtime | 25.50 | 3.30 | 84.15 | 947.27 |
| Sick Pay | | 0.00 | 0.00 | 755.27 |
| TJX Time Entry | 17.00 | 40.00 | 680.00 | 25238.68 |
| Vacation Pay | | 0.00 | 0.00 | 2233.41 |
| Gross Pay | | | 883.15 | 30215.10 |

| **Tax Deductions** | This Period | YTD |
|---|---|---|
| Federal Tax | 64.44 | 1743.42 |
| PA Unemployment | 0.53 | 18.13 |
| Philadelphia | 34.24 | 1173.43 |
| Social Security | 52.40 | 1760.74 |
| Medicare | 12.26 | 411.79 |
| PA State Tax | 25.90 | 870.05 |
| Total Tax Deductions | 189.77 | 5977.56 |

**Imputed Income**

| | This Period | YTD |
|---|---|---|
| Group Life | 1.39 | 59.29 |

| | This Period | YTD |
|---|---|---|
| **Additional Deductions** | | |
| *A D and D | 0.03 | 1.47 |
| *Dental | 3.60 | 176.40 |
| *Medical | 32.65 | 1550.91 |
| *Opt Life | 2.02 | 96.12 |
| *Vision | 1.08 | 50.39 |
| *TJX 401K | 17.66 | 601.16 |
| 401K Loan | 0.00 | 124.20 |
| Dep Life Child | 0.11 | 5.39 |
| LTD | 2.94 | 139.56 |
| Gift Award Value | 0.00 | 100.00 |
| Total Deductions | 60.09 | 2845.60 |

| | | |
|---|---|---|
| Net Pay | | 633.29 | 21391.94 |

| **Benefit Time** | Balance | Use By |
|---|---|---|
| Vacation Hrs | 88.44 | 05-SEP-20 |
| Floating/Personal Hrs | 13.75 | 05-SEP-20 |
| Sick Hrs | 10.00 | |
| QTD Benefits Avg Hrs | 43.01 | |

© 1998, 2006, ADP, LLC  All Rights Reserved.

*Excluded from taxable wages

◄ TEAR HERE

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

© 2002 Automatic Data Processing (PCSV00)

Marmaxx Operating Corp
770 Cochituate Road
PO Box 9146
Framingham, MA 01701

Advice Number:    0878484413

Advice Date:    12/06/2019

THIS IS NOT A CHECK

| Deposited to the account of | | Account Number | Transit ABA | Amount |
|---|---|---|---|---|
| Prince, Lisa H | Checking | XXXXXXXX3961 | 031202084 | $633.29 |

VOID VOID VOID

**NON-NEGOTIABLE**

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK.    HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

PCSHJ1
Div 108 Loc 0736 Cost Center 3121

EMPLOYEE ID
9903705d

# Earnings Statement

**TJX** TJ·maxx

Marmaxx Operating Corp
770 Cochituate Road
PO Box 9146
Framingham, MA 01701

Page 001 of 001
Period Beg/End:     11/03/2019 - 11/09/2019
Advice Date:        11/15/2019
Advice Number:      0690693566

Marital Status: Married
Exemptions/Allowances:
Federal:    00    $0.00
State:      06    $0.00
State Employed: PA
Resident State: PA

mc  Daniels, Lisa H
5433 upland way
Philadelphia, PA 19131

For inquiries on this statement please call: 508-390-1000
Total Hours Worked:    44.08
Basis of Pay:    Hourly

| | Rate | Hours | This Period | YTD |
|---|---|---|---|---|
| **Earnings** | | | | |
| Gift Award Reported | | 0.00 | 0.00 | 157.83 |
| Holiday | | 0.00 | 0.00 | 590.38 |
| Pers Day | | 0.00 | 0.00 | 173.26 |
| Overtime | 25.50 | 4.08 | 104.04 | 724.14 |
| Sick Pay | | 0.00 | 0.00 | 755.27 |
| TJX Time Entry | 17.00 | 40.00 | 680.00 | 23238.97 |
| Vacation Pay | | 0.00 | 0.00 | 2080.41 |
| Gross Pay | | | 784.04 | 27720.26 |
| | | | | |
| **Tax Deductions** | | | | |
| Federal Tax | | | 52.79 | 1568.28 |
| PA Unemployment | | | 0.47 | 16.63 |
| Philadelphia | | | 30.41 | 1076.69 |
| Social Security | | | 46.25 | 1613.13 |
| Medicare | | | 10.81 | 377.26 |
| PA State Tax | | | 22.86 | 797.09 |
| Total Tax Deductions | | | 163.59 | 5449.08 |

**Imputed Income**
Group Life                              1.39      55.12

| | This Period | YTD |
|---|---|---|
| **Additional Deductions** | | |
| *A D and D | 0.03 | 1.38 |
| *Dental | 3.60 | 165.60 |
| *Medical | 32.65 | 1452.96 |
| *Opt Life | 2.02 | 90.06 |
| *Vision | 1.08 | 47.15 |
| *TJX 401K | 15.68 | 551.27 |
| 401K Loan | 0.00 | 124.20 |
| Dep Life Child | 0.11 | 5.06 |
| LTD | 2.94 | 130.74 |
| Gift Award Value | 0.00 | 100.00 |
| Total Deductions | 58.11 | 2668.42 |
| | | |
| Net Pay | 562.34 | 19602.76 |

| Benefit Time | Balance | Use By |
|---|---|---|
| Vacation Hrs | 97.44 | 05-SEP-20 |
| Floating/Personal Hrs | 13.75 | 05-SEP-20 |
| Sick Hrs | 7.00 | |
| QTD Benefits Avg Hrs | 40.78 | |

*Excluded from taxable wages

© 1998, 2006. ADP, LLC  All Rights Reserved.

© 2002 Automatic Data Processing (PCSUV0)

▲ TEAR HERE

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

**TJX** TJ·maxx

Marmaxx Operating Corp
770 Cochituate Road
PO Box 9146
Framingham, MA 01701

Advice Number:      0690693566

Advice Date:        11/15/2019

THIS IS NOT A CHECK

**Deposited to the account of**

| | | Account Number | Transit ABA | Amount |
|---|---|---|---|---|
| mc  Daniels, Lisa H | Checking | XXXXXXXX3961 | 031202084 | $562.34 |

## NON-NEGOTIABLE

EMPLOYEE ID
PCSHJ1
Div 108 Loc 0736 Cost Center 3121

**TJX | T·J·maxx**

Marmaxx Operating Corp
770 Cochituate Road
PO Box 9146
Framingham, MA 01701

## Earnings Statement

Page 001 of 001
Period Beg/End:   11/10/2019 - 11/16/2019
Advice Date:      11/22/2019
Advice Number:    0753345909

Marital Status: Married
Exemptions/Allowances:
Federal:      00    $0.00
State:        06    $0.00
State Employed: PA
Resident State: PA

Prince, Lisa H
516 N. Simpson
Philadelphia, PA 19151

For inquiries on this statement please call: 508-390-1000
Total Hours Worked:    45.45
Basis of Pay:    Hourly

| Earnings | Rate | Hours | This Period | YTD |
|---|---|---|---|---|
| Gift Award Reported | | 0.00 | 0.00 | 157.83 |
| Holiday | | 0.00 | 0.00 | 590.38 |
| Pers Day | | 0.00 | 0.00 | 173.26 |
| Overtime | 25.50 | 5.45 | 138.98 | 863.12 |
| Sick Pay | | 0.00 | 0.00 | 755.27 |
| TJX Time Entry | 17.00 | 40.00 | 680.00 | 23918.97 |
| Vacation Pay | | 0.00 | 0.00 | 2080.41 |
| Gross Pay | | | 818.98 | 28539.24 |

| Tax Deductions | This Period | YTD |
|---|---|---|
| Federal Tax | 56.89 | 1625.17 |
| PA Unemployment | 0.49 | 17.12 |
| Philadelphia | 31.76 | 1108.45 |
| Social Security | 48.42 | 1661.55 |
| Medicare | 11.33 | 388.59 |
| PA State Tax | 23.93 | 821.02 |
| Total Tax Deductions | 172.82 | 5621.90 |

| Imputed Income | This Period | YTD |
|---|---|---|
| Group Life | 1.39 | 56.51 |

| Additional Deductions | This Period | YTD |
|---|---|---|
| *A D and D | 0.03 | 1.41 |
| *Dental | 3.60 | 169.20 |
| *Medical | 32.65 | 1485.61 |
| *Opt Life | 2.02 | 92.08 |
| *Vision | 1.08 | 48.23 |
| *TJX 401K | 16.38 | 567.65 |
| 401K Loan | 0.00 | 124.20 |
| Dep Life Child | 0.11 | 5.17 |
| LTD | 2.94 | 133.68 |
| Gift Award Value | 0.00 | 100.00 |
| Total Deductions | 58.81 | 2727.23 |
| Net Pay | 587.35 | 20190.11 |

| Benefit Time | Balance | Use By |
|---|---|---|
| Vacation Hrs | 97.44 | 05-SEP-20 |
| Floating/Personal Hrs | 13.75 | 05-SEP-20 |
| Sick Hrs | 8.00 | |
| QTD Benefits Avg Hrs | 41.45 | |

*Excluded from taxable wages

© 2002 Automatic Data Processing (PCSUV0)
© 1998 ADP, LLC All Rights Reserved
TEAR HERE

VERIFY DOCUMENT AUTHENTICITY: COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM.

**TJX | T·J·maxx**

Marmaxx Operating Corp
770 Cochituate Road
PO Box 9146
Framingham, MA 01701

Advice Number:   0753345909
Advice Date:     11/22/2019

**THIS IS NOT A CHECK**

Deposited to the account of
Prince, Lisa H

| | Account Number | Transit ABA | Amount |
|---|---|---|---|
| Checking | XXXXXXXX3961 | 031202084 | $587.35 |

**NON-NEGOTIABLE**

PCSHJ1
Div 108 Loc 0736 Cost Center 3121

EMPLOYEE ID
5231

# Earnings Statement

**TJX | T·J·max**

Marmaxx Operating Corp
770 Cochituate Road
PO Box 9146
Framingham, MA 01701

| | |
|---|---|
| Period Beg/End: | 11/17/2019 - 11/23/2019 |
| Advice Date: | 11/29/2019 |
| Advice Number: | 0811889451 |

Page 001 of 001

Marital Status: Married
Exemptions/Allowances:
  Federal:   00   $0.00
  State:     06   $0.00
State Employed: PA
Resident State: PA

**Prince, Lisa H**
516 N. Simpson
Philadelphia, PA 19151

For inquiries on this statement please call: 508-390-1000
Total Hours Worked:   37.63
Basis of Pay:   Hourly

|  | Rate | Hours | This Period | YTD |
|---|---|---|---|---|
| **Earnings** | | | | |
| Gift Award Reported | | 0.00 | 0.00 | 157.83 |
| Holiday | | 0.00 | 0.00 | 590.38 |
| Pers Day | | 0.00 | 0.00 | 173.26 |
| Overtime | | 0.00 | 0.00 | 863.12 |
| Sick Pay | | 0.00 | 0.00 | 755.27 |
| TJX Time Entry | 17.00 | 37.63 | 639.71 | 24558.68 |
| Vacation Pay | 17.00 | 9.00 | 153.00 | 2233.41 |
| Gross Pay | | | 792.71 | 29331.95 |
| | | | | |
| **Tax Deductions** | | | | |
| Federal Tax | | | 53.81 | 1678.98 |
| PA Unemployment | | | 0.48 | 17.60 |
| Philadelphia | | | 30.74 | 1139.19 |
| Social Security | | | 46.79 | 1708.34 |
| Medicare | | | 10.94 | 399.53 |
| PA State Tax | | | 23.13 | 844.15 |
| Total Tax Deductions | | | 165.89 | 5787.79 |
| | | | | |
| **Imputed Income** | | | | |
| Group Life | | | 1.39 | 57.90 |

|  | This Period | YTD |
|---|---|---|
| **Additional Deductions** | | |
| *A D and D | 0.03 | 1.44 |
| *Dental | 3.60 | 172.80 |
| *Medical | 32.65 | 1518.26 |
| *Opt Life | 2.02 | 94.10 |
| *Vision | 1.08 | 49.31 |
| *TJX 401K | 15.85 | 583.50 |
| 401K Loan | 0.00 | 124.20 |
| Dep Life Child | 0.11 | 5.28 |
| LTD | 2.94 | 136.62 |
| Gift Award Value | 0.00 | 100.00 |
| Total Deductions | 58.28 | 2785.51 |
| | | |
| Net Pay | 568.54 | 20758.65 |

| **Benefit Time** | Balance | Use By |
|---|---|---|
| Vacation Hrs | 88.44 | 05-SEP-20 |
| Floating/Personal Hrs | 13.75 | 05-SEP-20 |
| Sick Hrs | 9.00 | |
| QTD Benefits Avg Hrs | 42.10 | |

*Excluded from taxable wages

© 1998, 2006, ADP, LLC. All Rights Reserved

TEAR HERE

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM
© 2012 Automatic Data Processing (PCSUV01)

**TJX | T·J·max**

Marmaxx Operating Corp
770 Cochituate Road
PO Box 9146
Framingham, MA 01701

Advice Number:   0811889451
Advice Date:   11/29/2019

THIS IS NOT A CHECK

**Deposited to the account of**
Prince, Lisa H

| | Account Number | Transit ABA | Amount |
|---|---|---|---|
| Checking | XXXXXXXX3961 | 031202084 | $568.54 |

**NON-NEGOTIABLE**

VOID VOID VOID