# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 20-10046-MDC

LISA H. PRINCE

516 NORTH SIMPSON STREET

PHILADELPHIA, PA 19151-

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

LISA H. PRINCE

516 NORTH SIMPSON STREET

PHILADELPHIA, PA 19151-

Counsel for debtor(s), by electronic notice only.

MICHAEL D. SAYLES ESQ
427 W. CHELTENHAM AV
SUITE 2
ELKINS PARK, PA 19027-3291

Date: 8/17/2020

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee