UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: **Lisa Prince**          :          CHAPTER: 13
                                :
                                :
DEBTOR                          :          Bankruptcy No.: **20-10046**

PRAECIPE OF DEBTOR TO
WITHDRAW OBJECTION TO PROOF OF CLAIM

To the Clerk, United States Bankruptcy Court:

Kindly withdraw **Objection to Proof of Claim #2 of Nationstar Mortgage LLC,** for the record.

Respectfully Submitted,

By: **\s\ Michael D. Sayles, Esquire**
Michael D. Sayles
Attorney for Debtor

Dated: **October 20, 2020**