6

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

**IN RE:**  Lisa Prince                  :   Chapter   13
:
**Debtor(s)**            :   Bky. No. 20-10046-mdc

## PRE-CONFIRMATION CERTIFICATION
## OF COMPLIANCE WITH POST-PETITION OBLIGATIONS IN ACCORDANCE
## WITH 11 U.S.C. §§ 1325(a)(8) and 1325(a)(9)

I hereby certify as follows in connection with the confirmation hearing in the above case:

1. The above named debtor(s) has/have paid all post-petition amounts that are required to be paid under any and all Domestic Support Obligations.

2. The above named debtor(s) has/have filed all applicable federal, state and local tax returns as required by 11 U.S.C. § 1308.

3. If the confirmation hearing is postponed for any reason, and the information herein changes, I will provide an updated Certification to the chapter 13 trustee prior to any subsequent confirmation hearing.

*[to be executed by counsel for the Debtor(s) or the Debtor(s)]*

**Date:**                                 _____
                                          [name]
                                          Attorney for Debtor(s)


**Date:** 12/10/2020                      \s\ Lisa Prince
                                          _____
                                          [name]
                                          Debtor


**Date:**                                 _____
                                          [name]
                                          Debtor

-19-