United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-10046-mdc |
| Lisa H. Prince | Chapter 13 |
|     Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: Adminstra | Page 1 of 3 |
| Date Rcvd: Dec 23, 2020 | Form ID: 155 | Total Noticed: 28 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 25, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lisa H. Prince, 516 North Simpson Street, Philadelphia, PA 19151-4023 |
| 14447797 | + | EOS CCA, 700 Longwater Drive, Norwell, MA 02061-1624 |
| 14447798 | + | EOS CCA, PO Box 981008, Boston, MA 02298-1008 |
| 14509368 | + | Iman McAllister, PHFA/HEMAP, 211 North Front St, PO Box 15206, Harrisburg, PA 17105-5206 |
| 14447799 | + | KML Law Group, PC, Suite 5000-BNY Independence Center, 701 Market Street, Philadelphia, PA 19106-1541 |
| 14447800 | | Nationstar DBA Mr. Cooper, PO Box 199111, Dallas, TX 75235 |
| 14447801 | + | Nationstar Mortgage LLC, 8950 Cypress Waters Blvd., Coppell, TX 75019-4620 |
| 14483146 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, PO Box 619096, Dallas, TX 75261-9096 |
| 14451946 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, c/o REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14447802 | | Nationwide Insurance Company of America, PO Box 13958, Philadelphia, PA 19101-3958 |
| 14447803 | + | PGW, 800 West Montgomery Drive, 3F, attn: Bankruptcy Department, Philadelphia, PA 19122-2806 |
| 14447805 | + | PHFA Loan Servicing Division, 2101 North Front Street, Harrisburg, PA 17110-1086 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14447790 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Dec 24 2020 03:52:00 | CCS Collections, 725 canton Street, Norwood, MA 02062-2679 |
| 14509918 | | Email/Text: megan.harper@phila.gov | Dec 24 2020 03:52:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14447792 | | Email/Text: megan.harper@phila.gov | Dec 24 2020 03:52:00 | City of Philadelphia, Law Department-Bankruptcy Unit, Municipal Services Building, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102-1595 |
| 14447793 | | Email/Text: megan.harper@phila.gov | Dec 24 2020 03:52:00 | City of Philadelphia, Law Department-Bankruptcy Unit, One Parkway Building, 1515 Arch Street, 15th Floor, Philadelphia, PA 19102-1595 |
| 14447791 | + | Email/Text: megan.harper@phila.gov | Dec 24 2020 03:52:00 | City & School District of Philadelphia, Law Department-Tax Unit, Bankruptcy Group, MSB, 1401 JFK Blvd, 5th floor, Philadelphia, PA 19102-1617 |
| 14447795 | + | Email/Text: convergent@ebn.phinsolutions.com | Dec 24 2020 03:52:00 | Convergent Outsourcing, 800 SW 39th St, Renton, WA 98057-4927 |
| 14447794 | + | Email/Text: convergent@ebn.phinsolutions.com | Dec 24 2020 03:52:00 | Convergent Outsourcing, 10750 Hammerly Blvd #200, Houston, TX 77043-2317 |
| 14447796 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Dec 24 2020 03:52:00 | Credit Collection, Two Wells Avenue, Dept. 9136, Newton Center, MA 02459-3225 |
| 14447804 | | Email/Text: blegal@phfa.org | | |

Case 20-10046-mdc    Doc 46    Filed 12/25/20    Entered 12/26/20 01:00:42    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: Adminstra | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 23, 2020 | Form ID: 155 | Total Noticed: 28 |

| Recip ID | | Method | | Date/Time | Name and Address |
|---|---|---|---|---|---|
| 14509369 | + | Email/Text: blegal@phfa.org | | Dec 24 2020 03:52:00 | PHFA, PO Box 8029, Harrisburg, PA 17105 |
| | | | | Dec 24 2020 03:52:00 | PHFA/HEMAP, 211 North Front St, PO Box 15206, PHFA/HEMAP, 211 North Front St, PO Box 1, Harrisburg, PA 17105-5206 |
| 14447806 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | | Dec 24 2020 03:11:48 | Regional Acceptance, 1420 East Fire Tower Road, Greenville, NC 27858-4139 |
| 14447807 | | Email/PDF: RACBANKRUPTCY@BBANDT.COM | | Dec 24 2020 03:11:48 | Regional Acceptance Corp., PO Box 580075, Charlotte, NC 28258-0075 |
| 14463830 | | Email/PDF: RACBANKRUPTCY@BBANDT.COM | | Dec 24 2020 03:11:48 | Regional Acceptance Corporation, PO Box 1847, Wilson, NC 27894-1847 |
| 14447810 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | Dec 24 2020 03:51:00 | Verizon, PO Box 17464, Baltimore, MD 21297-1464 |
| 14447809 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | Dec 24 2020 03:51:00 | Verizon, P.O. Box 8585, Philadelphia, PA 19173-0001 |
| 14447811 | | Email/Text: megan.harper@phila.gov | | Dec 24 2020 03:52:00 | Water Revenue Bureau, Philadelphia Department of Revenue, 1401 JFK Boulevard, Philadelphia, PA 19102-1663 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14447808 | ##+ | Trident Assest Management, 53 Perimeter Center East, Suite 440, Atlanta, GA 30346-2230 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 25, 2020            Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 23, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| MICHAEL D. SAYLES | on behalf of Debtor Lisa H. Prince midusa1@comcast.net michaeldsaylesesq@comcast.net;r43253@notify.bestcase.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com philaecf@gmail.com |

District/off: 0313-2   User: Adminstra   Page 3 of 3
Date Rcvd: Dec 23, 2020   Form ID: 155   Total Noticed: 28
TOTAL: 4

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Lisa H. Prince
       Debtor(s)　　　　　　　　　　　　　　　　Chapter: 13

　　　　　　　　　　　　　　　　　　　　　　　Bankruptcy No: 20−10046−mdc
_____

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this 23rd Day of December, 2020 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

　　　　　　　　　　　　　　　　　　　　Magdeline D. Coleman
　　　　　　　　　　　　　　　　　　　　Chief Judge ,
　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Court

　　　　　　　　　　　　　　　　　　　　　　　　　　　44 − 37
　　　　　　　　　　　　　　　　　　　　　　　　　　　Form 155