Certificate Number: 15111-PAE-DE-039365413

Bankruptcy Case Number: 20-10046



15111-PAE-DE-039365413

# C<span>ERTIFICATE</span> O<span>F</span> D<span>EBTOR</span> E<span>DUCATION</span>

I CERTIFY that on February 22, 2025, at 1:09 o'clock AM EST, Lisa H. Prince completed a course on personal financial management given by internet by BE Adviser, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  February 22, 2025         By:  /s/Rafia Yaqoob for Ryan McDonough

Name:  Ryan McDonough

Title:  Executive Director of Education