United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Lisa H. Prince  
    Debtor

Case No. 20-10046-djb  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: Mar 14, 2025      Form ID: 138OBJ      Total Noticed: 35

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 16, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lisa H. Prince, 516 North Simpson Street, Philadelphia, PA 19151-4023 |
| 14509368 | + | Iman McAllister, PHFA/HEMAP, 211 North Front St, PO Box 15206, Harrisburg, PA 17105-5206 |
| 14447800 | | Nationstar DBA Mr. Cooper, PO Box 199111, Dallas, TX 75235 |
| 14451946 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, c/o REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14447802 | | Nationwide Insurance Company of America, PO Box 13958, Philadelphia, PA 19101-3958 |
| 14620373 | + | Orion (Verizon), PRA Receivables Management, LLC, C/O Valerie Smith, Senior Manager, PO Box 41021 Norfolk, VA 23541-1021 |
| 14447805 | + | PHFA Loan Servicing Division, 2101 North Front Street, Harrisburg, PA 17110-1086 |
| 14447808 | + | Trident Assest Management, 53 Perimeter Center East, Suite 440, Atlanta, GA 30346-2230 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Mar 15 2025 00:49:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 15 2025 00:49:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14447790 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Mar 15 2025 00:49:00 | CCS Collections, 725 canton Street, Norwood, MA 02062-2679 |
| 14509918 | | Email/Text: megan.harper@phila.gov | Mar 15 2025 00:49:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14447792 | | Email/Text: megan.harper@phila.gov | Mar 15 2025 00:49:00 | City of Philadelphia, Law Department-Bankruptcy Unit, Municipal Services Building, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102-1595 |
| 14447793 | | Email/Text: megan.harper@phila.gov | Mar 15 2025 00:49:00 | City of Philadelphia, Law Department-Bankruptcy Unit, One Parkway Building, 1515 Arch Street, 15th Floor, Philadelphia, PA 19102-1595 |
| 14447791 | + | Email/Text: megan.harper@phila.gov | Mar 15 2025 00:49:00 | City & School District of Philadelphia, Law Department-Tax Unit, Bankruptcy Group, MSB, 1401 JFK Blvd, 5th floor, Philadelphia, PA 19102-1617 |
| 14447795 | + | Email/Text: convergent@ebn.phinsolutions.com | Mar 15 2025 00:49:14 | Convergent Outsourcing, 800 SW 39th St, Renton, WA 98057-4927 |
| 14447794 | + | Email/Text: convergent@ebn.phinsolutions.com | Mar 15 2025 00:49:14 | Convergent Outsourcing, 10750 Hammerly Blvd #200, Houston, TX 77043-2317 |
| 14447796 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Mar 15 2025 00:49:00 | Credit Collection, Two Wells Avenue, Dept. 9136, Newton Center, MA 02459-3225 |

Case 20-10046-djb   Doc 68   Filed 03/16/25   Entered 03/17/25 00:33:52   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 14, 2025 | Form ID: 138OBJ | Total Noticed: 35 |

| Recipient ID | | Method | Date/Time | Address |
|---|---|---|---|---|
| 14447798 | + | Email/Text: bankruptcydepartment@tsico.com | Mar 15 2025 00:49:00 | EOS CCA, PO Box 981008, Boston, MA 02298-1008 |
| 14447797 | + | Email/Text: bankruptcydepartment@tsico.com | Mar 15 2025 00:49:00 | EOS CCA, 700 Longwater Drive, Norwell, MA 02061-1624 |
| 14447799 | ^ | MEBN | Mar 15 2025 00:11:59 | KML Law Group, PC, Suite 5000-BNY Independence Center, 701 Market Street, Philadelphia, PA 19106-1538 |
| 14447801 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 15 2025 00:48:00 | Nationstar Mortgage LLC, 8950 Cypress Waters Blvd., Coppell, TX 75019-4620 |
| 14483146 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 15 2025 00:48:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, PO Box 619096, Dallas, TX 75261-9096 |
| 14620043 | ^ | MEBN | Mar 15 2025 00:12:06 | Orion, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14447804 | | Email/Text: blegal@phfa.org | Mar 15 2025 00:49:00 | PHFA, PO Box 8029, Harrisburg, PA 17105 |
| 14447803 | ^ | MEBN | Mar 15 2025 00:11:59 | PGW, 800 West Montgomery Drive, 3F, attn: Bankruptcy Department, Philadelphia, PA 19122-2806 |
| 14509369 | + | Email/Text: blegal@phfa.org | Mar 15 2025 00:49:00 | PHFA/HEMAP, 211 North Front St, PO Box 15206, PHFA/HEMAP, 211 North Front St, PO Box 1, Harrisburg, PA 17105-5206 |
| 14574857 | | Email/Text: lhaller@pkh.com | Mar 15 2025 00:48:00 | Pennsylvania Housing Finance Agency-HEMAP, C/O LEON P. HALLER, Purcell, Krug and Haller, 1719 North Front Street, Harrisburg, PA 17102-2392 |
| 14447806 | | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Mar 15 2025 01:33:40 | Regional Acceptance, 1420 East Fire Tower Road, Greenville, NC 27858-4105 |
| 14447807 | | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Mar 15 2025 01:33:40 | Regional Acceptance Corp., PO Box 580075, Charlotte, NC 28258-0075 |
| 14463830 | | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Mar 15 2025 01:33:40 | Regional Acceptance Corporation, PO Box 1847, Wilson, NC 27894-1847 |
| 14722178 | + | Email/Text: bkteam@selenefinance.com | Mar 15 2025 00:48:00 | U.S. Bank Trust National Association, Selene Finance LP, Attn: BK Dept, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019-6295 |
| 14447810 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Mar 15 2025 00:48:00 | Verizon, PO Box 17464, Baltimore, MD 21297-1464 |
| 14447809 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Mar 15 2025 00:48:00 | Verizon, P.O. Box 8585, Philadelphia, PA 19173-0001 |
| 14447811 | | Email/Text: megan.harper@phila.gov | Mar 15 2025 00:49:00 | Water Revenue Bureau, Philadelphia Department of Revenue, 1401 JFK Boulevard, Philadelphia, PA 19102-1663 |

TOTAL: 27

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Mar 14, 2025 | Form ID: 138OBJ | Total Noticed: 35 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 16, 2025     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 14, 2025 at the address(es) listed below:**

**Name**  **Email Address**

DENISE ELIZABETH CARLON
on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bkgroup@kmllawgroup.com

KENNETH E. WEST
ecfemails@ph13trustee.com philaecf@gmail.com

LEON P. HALLER
on behalf of Creditor Pennsylvania Housing Finance Agency - HEMAP lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com

MICHAEL D. SAYLES
on behalf of Debtor Lisa H. Prince midusa1@comcast.net midusa1@outlook.com

MICHELLE L. MCGOWAN
on behalf of Creditor US Bank Trust National Association mimcgowan@raslg.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

*Form 138OBJ* (6/24)–doc 67 – 64

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  
   Lisa H. Prince                           Case No. 20−10046−djb

   Debtor(s).                             Chapter: 13

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

                Eastern District of Pennsylvania  
                900 Market Street  
                Suite 400  
                Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: March 14, 2025                                                            For The Court

                                                                                        Timothy B. McGrath  
                                                                                        Clerk of Court